UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUI ONE CORP.,

               Plaintiff,

    v.

CUTTERS POINT, INC.,

               Defendant.

CASE NO. C06-1445 JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on counsel's letter to the Court (Dkt. No. 11) requesting appointment of a settlement judge in this matter pursuant to Local Civil Rule 39.1(e). Rule 39.1(e) generally requires parties to attempt private mediation before the Court will hold a judicial settlement conference. Because the parties have not attempted private mediation and have presented no reason for the Court to order otherwise, the instant request is DENIED.

DATED this 16th day of January, 2006.

BRUCE RIFKIN, Clerk of Court

By   _/s/ C. Ledesma_____
          Deputy Clerk

MINUTE ORDER – 1